HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Honorable Timothy W. Dore
Chapter 7 Proceeding

Attorneys for Wapato Point Management Company, Inc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

EL-LO-WEE CONDOMINIUM ASSOCIATION,

Debtor.

Case No. 19-10026-TWD

**LIMITED RESPONSE TO TRUSTEE'S MOTION FOR AN ORDER REJECTING EXECUTORY CONTRACTS**

Wapato Point Management Company, Inc. ("WPMC"), by and through undersigned counsel, responds to the Chapter 7 Trustee's Motion for an Order Rejecting Executory Contracts ("Motion") as follows:

1. With respect to the purported sublease of real property between the Debtor and Wapato Point Development Company, Ltd. ("WPDC"), WPMC notes only that, to the best of WPMC's knowledge, neither the purported sublease nor WPDC exists.

2. With respect to the management agreement between the Debtor and WPMC, WPMC does not object to rejection, provided that any order authorizing such rejection is without prejudice to WPMC's right to assert any claim relating to services provided by WPMC to the Debtor and/or Trustee, whether such claim is entitled to administrative priority or otherwise.

*Response to Trustee's Motion for an Order Rejecting Executory Contracts - 1 of 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 19-10026-TWD    Doc 17    Filed 01/24/19    Ent. 01/24/19 16:01:48    Pg. 1 of 2

DATED this 24th day of January, 2019.

HILLIS CLARK MARTIN & PETERSON P.S.

By */s/Joshua A. Rataezyk*
   Joshua A. Rataezyk, WSBA #33046
Attorneys for Wapato Point Management Company, Inc..

*Response to Trustee's Motion for an Order Rejecting Executory Contracts - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Case 19-10026-TWD    Doc 17    Filed 01/24/19    Ent. 01/24/19 16:01:48    Pg. 2 of 2