HONORABLE TIMOTHY W. DORE

HEARING DATE: FRIDAY, JULY 26, 2019
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 8106
RESPONSE DATE: FRIDAY, JULY 19, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

EL-LO-WEE CONDOMINIUM ASSOCIATION,

Debtor.

No. 19-10026-TWD (Ch. 7)

RESPONSE TO WRIGHT-WAPATO'S OBJECTIONS TO CLAIMS

Ronald G. Brown, Chapter 7 Trustee ("Trustee") in this case, responds to Wright-Wapato, Inc.'s objections to claims and states:

1.  Sub-lessor Claims.

Wright-Wapato objects to Claims 1-2, 4-61, 66, and 68-76 (the "Sub-lessor Claims"), primarily on the grounds that the Sub-Lessor Claims are incorrectly directed to the Debtor. The Sub-lessor Claimants responded and assert that the Sub-lessor Claims are properly claims against the Debtor. While the Trustee has reviewed the issue, the Trustee will defer to Wright-Wapato and the Sub-lessor Claimants to litigate the substance of this matter.

RESPONSE TO WRIGHT-WAPATO'S OBJECTIONS TO
CLAIMS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2371 20191 cg19kh01ec

Case 19-10026-TWD    Doc 49    Filed 07/19/19    Ent. 07/19/19 15:25:38    Pg. 1 of 2

2. Claims No. 62 and 67.

Wright-Wapato objects to Claims No. 62 and 67, filed by Lodge Condominium Association and Yacinde Condominium Association, respectively, stating that the claims are duplicative of Wright-Wapato's claim. The Trustee has reviewed the documents attached to the claims and Wright-Wapato's objection and does not have grounds to oppose the objection.

3. Claim No. 3

Wright-Wapato objects to Claim No. 3, filed by Lake Chelan Reclamation District, stating that the claim has been paid in full. From the documents provided, the Trustee cannot determine if Claim No. 3 has been paid in full.

DATED this 19th day of July, 2019.

BUSH KORNFELD LLP

By /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
Attorneys for Ronald G. Brown, Chapter 7 Trustee

RESPONSE TO WRIGHT-WAPATO'S OBJECTIONS TO CLAIMS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2371 20191 cg19kh01ec

Case 19-10026-TWD    Doc 49    Filed 07/19/19    Ent. 07/19/19 15:25:38    Pg. 2 of 2