HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

Attorneys for Wapato Entities

Hon. Timothy W. Dore
Chapter: 7
Location: Seattle
Hearing Date: July 26, 2019
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

EL-LO-WEE CONDOMINIUM ASSOCIATION,

        Debtor.

Case No. 19-10026-TWD

**WRIGHT-WAPATO'S REPLY IN SUPPORT OF OBJECTION TO CLAIM NO. 3**

Lake Chelan Reclamation District filed no opposition to Wapato Point Management Company's objection to the District's claim. The Chapter 7 Trustee, however, stated that he could not determine if the District has been paid in full. Wright-Wapato files this reply brief to address the Trustee's question.

When a party objects to a claim, the bankruptcy court's task is to "determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition." 11 U.S.C. § 502(b). The District's claim included unpaid utility charges and late fees that were due after the commencement of this case. (*See* Decl. of Scott Hutchinson in Support of Claims Objections, Dkt #44, Ex. F.)[1] While it is perhaps arguable whether any of the District's claim is a

---

[1] The original filing inadvertently omitted from Exhibit F a copy of the check from Wright-Wapato. Counsel has filed a praecipe correcting the error.

REPLY IN SUPPORT OF OBJECTION TO CLAIM NO. 3 - 1

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

Case 19-10026-TWD    Doc 52    Filed 07/23/19    Ent. 07/23/19 10:45:18    Pg. 1 of 2

valid pre-petition claim, the late charges undoubtedly were not part of the District's claim as of the petition date. *See* 11 U.S.C. § 502(b); *see also In re Elec. Mach. Enterprises, Inc.*, 371 B.R. 549, 550 (Bankr. M.D. Fla. 2007) (providing four reasons why unsecured creditors cannot recover fees, charges, and costs that accrue post-petition).

The District itself has conceded that its claim should be disallowed. It filed no response to Wright-Wapato's objection. Instead, the District's representatives asked the undersigned for some guidance in filing a withdrawal of the District's claim. (*See* Declaration of Amit D. Ranade in Support of Claim Objections, Ex. A.) In short, the District is satisfied and apparently no longer pursuing the claim it filed in this case.

The Court should disallow Claim No. 3.

DATED this 23rd day of July, 2019.

HILLIS CLARK MARTIN & PETERSON P.S.

By /s/ Amit D. Ranade
    Josh A. Rataezyk, WSBA #33046
    Amit D. Ranade, WSBA #34878
    999 Third Avenue, Suite 4600
    Seattle, WA 98104
    Tel: (206) 623-1745
    Fax: (206) 623-7789
    josh.rataezyk@hcmp.com
    amit.ranade@hcmp.com
Attorneys for Wapato Entities

ND: 10130.378 4827-6087-8749v1

REPLY IN SUPPORT OF OBJECTION TO CLAIM NO. 3 - 2

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

Case 19-10026-TWD   Doc 52   Filed 07/23/19   Ent. 07/23/19 10:45:18   Pg. 2 of 2