Timothy W. Dore
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON
### SEATTLE **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| EL-LO-WEE CONDOMINIUM | § | Case No. 19-10026 TWD |
| ASSOCIATION | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 100,326.94
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 174,112.29

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 30,780.73

---

3) Total gross receipts of $ 204,893.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 204,893.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,500.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,780.73 | 30,780.73 | 30,780.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,150.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 569,689.03 | 415,521.90 | 174,112.29 |
| **TOTAL DISBURSEMENTS** | $ 0.00 | $ 609,119.76 | $ 446,302.63 | $ 204,893.02 |

4)  This case was originally filed under chapter 7 on  01/07/2019 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/07/2020              By:/s/Ronald G. Brown - Chapter 7 Trustee

                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings acct - US Bank | 1129-000 | 140,248.40 |
| Checking acct - US Bank | 1129-000 | 24,469.62 |
| Deposit - Retainer paid to Condominium Law | 1129-000 | 23,175.00 |
| Office Furniture | 1129-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 204,893.02** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28A | HEGGER FAMILY TRUST | 4220-000 | NA | 1,500.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,500.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN | 2100-000 | NA | 13,494.65 | 13,494.65 | 13,494.65 |
| TRUSTEE EXPENSES:RONALD G. BROWN | 2200-000 | NA | 852.99 | 852.99 | 852.99 |
| UNION BANK | 2600-000 | NA | 1,223.37 | 1,223.37 | 1,223.37 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):BUSH KORNFELD LLP | 3210-000 | NA | 14,062.03 | 14,062.03 | 14,062.03 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):BUSH KORNFELD LLP | 3220-000 | NA | 156.03 | 156.03 | 156.03 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 970.00 | 970.00 | 970.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 21.66 | 21.66 | 21.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,780.73 | $ 30,780.73 | $ 30,780.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adman and Elizabeth Brook | | 0.00 | NA | NA | 0.00 |
| | Allan and Melinda Good | | 0.00 | NA | NA | 0.00 |
| | Angela Ekse | | 0.00 | NA | NA | 0.00 |
| | Anlthony and Susan Rodriguez | | 0.00 | NA | NA | 0.00 |
| | Anthony and Jodee Weeldreyer | | 0.00 | NA | NA | 0.00 |
| | Anthony and Sharon Lovrovich | | 0.00 | NA | NA | 0.00 |
| | Beth Burger-Price | | 0.00 | NA | NA | 0.00 |
| | Bobette Bush | | 0.00 | NA | NA | 0.00 |
| | Bradley and Dorethea Hedien | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brandon and Jennifer Haggard | | 0.00 | NA | NA | 0.00 |
| | Brian and Kimberly Graham | | 0.00 | NA | NA | 0.00 |
| | Brian and Melanie Sanderson | | 0.00 | NA | NA | 0.00 |
| | Brian and Melissa Tetreault | | 0.00 | NA | NA | 0.00 |
| | Brian and Susan Fyall | | 0.00 | NA | NA | 0.00 |
| | Brian and Taren Clough | | 0.00 | NA | NA | 0.00 |
| | Briand and Erika Hardy | | 0.00 | NA | NA | 0.00 |
| | Brittany Irwin | | 0.00 | NA | NA | 0.00 |
| | Bruce and Jacque Watland | | 0.00 | NA | NA | 0.00 |
| | Byron and Amanda Fischer | | 0.00 | NA | NA | 0.00 |
| | C. Eric Christiansen | | 0.00 | NA | NA | 0.00 |
| | Caitlin Follstad | | 0.00 | NA | NA | 0.00 |
| | Candice Tretter | | 0.00 | NA | NA | 0.00 |
| | Carl and Diane Simpson | | 0.00 | NA | NA | 0.00 |
| | Carlis and Becky Chaussee | | 0.00 | NA | NA | 0.00 |
| | Carmelita Kernaghan | | 0.00 | NA | NA | 0.00 |
| | Charmien White | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chelan County PUD | | 0.00 | NA | NA | 0.00 |
| | Chelan County Treasuer | | 0.00 | NA | NA | 0.00 |
| | Cheryl Dennis | | 0.00 | NA | NA | 0.00 |
| | Chet Virnig | | 0.00 | NA | NA | 0.00 |
| | Chris Ziegler | | 0.00 | NA | NA | 0.00 |
| | Chris and James Mabe | | 0.00 | NA | NA | 0.00 |
| | Chris and Julie Hartley and Wal Van Atta | | 0.00 | NA | NA | 0.00 |
| | Chris and Lisa Shroyer | | 0.00 | NA | NA | 0.00 |
| | Chriselda Reyna and Andrew Huff | | 0.00 | NA | NA | 0.00 |
| | Christopher Specker | | 0.00 | NA | NA | 0.00 |
| | Christopher and Jennifer Virant | | 0.00 | NA | NA | 0.00 |
| | Christopher and Julie Keegan | | 0.00 | NA | NA | 0.00 |
| | Clauda and Peggy Cady | | 0.00 | NA | NA | 0.00 |
| | Colin and Heather Edwards | | 0.00 | NA | NA | 0.00 |
| | Corinne Spicer | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Craig and Heather Kitterman | | 0.00 | NA | NA | 0.00 |
| | Craig and Whitney DeVine | | 0.00 | NA | NA | 0.00 |
| | Cullen Family Vacation | | 0.00 | NA | NA | 0.00 |
| | DCG One | | 0.00 | NA | NA | 0.00 |
| | Dan Lowrey and Colleen LeDrew | | 0.00 | NA | NA | 0.00 |
| | Dan Ollis | | 0.00 | NA | NA | 0.00 |
| | Dan and Sarah Lopez | | 0.00 | NA | NA | 0.00 |
| | Daniel Pittman | | 0.00 | NA | NA | 0.00 |
| | Daniel and Dorothy Hughes | | 0.00 | NA | NA | 0.00 |
| | Daniel and Francine Marsh | | 0.00 | NA | NA | 0.00 |
| | Daniel and Maryanne Harden | | 0.00 | NA | NA | 0.00 |
| | Dave & Sharon Acuff | | 0.00 | NA | NA | 0.00 |
| | David Baker | | 0.00 | NA | NA | 0.00 |
| | David Mason | | 0.00 | NA | NA | 0.00 |
| | David and Barbara Haskell | | 0.00 | NA | NA | 0.00 |
| | David and Diane Amundson | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David and Eileen Niven | | 0.00 | NA | NA | 0.00 |
| | David and Jackie Griffiths | | 0.00 | NA | NA | 0.00 |
| | David and Karthleen Devalk | | 0.00 | NA | NA | 0.00 |
| | David and Lila Johnson | | 0.00 | NA | NA | 0.00 |
| | David and Linda Findlay | | 0.00 | NA | NA | 0.00 |
| | David and Linda Magel | | 0.00 | NA | NA | 0.00 |
| | David and Mary Weldy | | 0.00 | NA | NA | 0.00 |
| | David and Meredith Wellnitz | | 0.00 | NA | NA | 0.00 |
| | David and Sian Irwin | | 0.00 | NA | NA | 0.00 |
| | David and Stella Veach | | 0.00 | NA | NA | 0.00 |
| | David and Tiffany Vermeulen | | 0.00 | NA | NA | 0.00 |
| | Dean and Christy Smullin | | 0.00 | NA | NA | 0.00 |
| | Deborah and David Kuhlmann | | 0.00 | NA | NA | 0.00 |
| | Del and Kathleen Irwin | | 0.00 | NA | NA | 0.00 |
| | Denise Argeres | | 0.00 | NA | NA | 0.00 |
| | Derek and JoAnna Hayes | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Derek and Moni Nelson | | 0.00 | NA | NA | 0.00 |
| | Dionna Faherty and Shawn Schuler | | 0.00 | NA | NA | 0.00 |
| | Donald and Susan Gerend | | 0.00 | NA | NA | 0.00 |
| | Donna Kay Schubert | | 0.00 | NA | NA | 0.00 |
| | Douglas and Jama Lea England | | 0.00 | NA | NA | 0.00 |
| | Dwane Gugeler | | 0.00 | NA | NA | 0.00 |
| | Earl and Joan Nilsen | | 0.00 | NA | NA | 0.00 |
| | Earl and Joanne Spurlock | | 0.00 | NA | NA | 0.00 |
| | Edward and Doris Bollinger | | 0.00 | NA | NA | 0.00 |
| | Edward and Laurie Corner | | 0.00 | NA | NA | 0.00 |
| | Elaine De Lappe | | 0.00 | NA | NA | 0.00 |
| | Elloweek at the Beach | | 0.00 | NA | NA | 0.00 |
| | Eric and Diane Roetcisoender | | 0.00 | NA | NA | 0.00 |
| | Eric and Marcia Pence | | 0.00 | NA | NA | 0.00 |
| | Fred and Kathy DeKay | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick and Cynthia Correnti | | 0.00 | NA | NA | 0.00 |
| | Frederick and Sheryl Simpson | | 0.00 | NA | NA | 0.00 |
| | Fritz and Ruth Ribary | | 0.00 | NA | NA | 0.00 |
| | Gary and Anita Davidson | | 0.00 | NA | NA | 0.00 |
| | Gary and Gretchen Brandstetter | | 0.00 | NA | NA | 0.00 |
| | Gary and Sharon Drivstuen | | 0.00 | NA | NA | 0.00 |
| | Gary and Sharon McGrath | | 0.00 | NA | NA | 0.00 |
| | Gary and Susan Gill | | 0.00 | NA | NA | 0.00 |
| | Geoff and Karen Saunders | | 0.00 | NA | NA | 0.00 |
| | George Frese | | 0.00 | NA | NA | 0.00 |
| | George and Roberta Downs | | 0.00 | NA | NA | 0.00 |
| | Gerald and Janice Trisler | | 0.00 | NA | NA | 0.00 |
| | Glen and Bianca Muncy | | 0.00 | NA | NA | 0.00 |
| | Glenn Ruiz | | 0.00 | NA | NA | 0.00 |
| | Glenn and Miriam Kelly | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gregory and Katherine Poehlman | | 0.00 | NA | NA | 0.00 |
| | Harold York | | 0.00 | NA | NA | 0.00 |
| | Harold and Kathleen Delia | | 0.00 | NA | NA | 0.00 |
| | Hearl Clay | | 0.00 | NA | NA | 0.00 |
| | Hearl and Orpha Clay | | 0.00 | NA | NA | 0.00 |
| | Helen Kirsch | | 0.00 | NA | NA | 0.00 |
| | Horeco Inc. | | 0.00 | NA | NA | 0.00 |
| | Houston Scrudder | | 0.00 | NA | NA | 0.00 |
| | Howard and Kathryn Hoffman | | 0.00 | NA | NA | 0.00 |
| | Hurd Family LLC | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | J. Scott & Diana Jessen | | 0.00 | NA | NA | 0.00 |
| | J. Walter and Marilyn Gearhart | | 0.00 | NA | NA | 0.00 |
| | Jack and Jeanne Frankhauser | | 0.00 | NA | NA | 0.00 |
| | Jack and Karin Anderson | | 0.00 | NA | NA | 0.00 |
| | Jack and Sandra Angeline | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James Jones | | 0.00 | NA | NA | 0.00 |
| | James Leopld | | 0.00 | NA | NA | 0.00 |
| | James Sargent | | 0.00 | NA | NA | 0.00 |
| | James and Barbara Hunziker | | 0.00 | NA | NA | 0.00 |
| | James and Debra Dodd | | 0.00 | NA | NA | 0.00 |
| | James and Jana Harrah | | 0.00 | NA | NA | 0.00 |
| | James and Janice Thumlert | | 0.00 | NA | NA | 0.00 |
| | James and Janis McRoberts | | 0.00 | NA | NA | 0.00 |
| | James and Mickie Coates | | 0.00 | NA | NA | 0.00 |
| | James and Robin Kapelke | | 0.00 | NA | NA | 0.00 |
| | James and Susan Carl | | 0.00 | NA | NA | 0.00 |
| | Jamie Sisler | | 0.00 | NA | NA | 0.00 |
| | Jane Beno and Michael Edwards | | 0.00 | NA | NA | 0.00 |
| | Jason and Angela LaTourette | | 0.00 | NA | NA | 0.00 |
| | Jason and Bonnie Elizabeth Wiklund | | 0.00 | NA | NA | 0.00 |
| | Jason and Katherine Grindon | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jason and Katherine Hershey | | 0.00 | NA | NA | 0.00 |
| | Jason and Leanne Mattos | | 0.00 | NA | NA | 0.00 |
| | Jeff and Vicki Phillips | | 0.00 | NA | NA | 0.00 |
| | Jeffrey Eberle | | 0.00 | NA | NA | 0.00 |
| | Jeffrey Gross and Greg Woods | | 0.00 | NA | NA | 0.00 |
| | Jeffrey Hartlove | | 0.00 | NA | NA | 0.00 |
| | Jeffrey and Tara Dodd | | 0.00 | NA | NA | 0.00 |
| | Jeffry and Sandra Condiotty | | 0.00 | NA | NA | 0.00 |
| | Jennifer Erickson | | 0.00 | NA | NA | 0.00 |
| | Jennifer and Jay Schulz | | 0.00 | NA | NA | 0.00 |
| | Jerry and Marla Heidel | | 0.00 | NA | NA | 0.00 |
| | Jess and Anita Stratton | | 0.00 | NA | NA | 0.00 |
| | Jim and Leslie Rawley | | 0.00 | NA | NA | 0.00 |
| | Joanne M. Brown | | 0.00 | NA | NA | 0.00 |
| | Joanne Spencer | | 0.00 | NA | NA | 0.00 |
| | Joanne Winegar | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joe and Raimey LeRoy | | 0.00 | NA | NA | 0.00 |
| | John Hack | | 0.00 | NA | NA | 0.00 |
| | John Moore | | 0.00 | NA | NA | 0.00 |
| | John and Alexandriz Tylus | | 0.00 | NA | NA | 0.00 |
| | John and Carol Penny | | 0.00 | NA | NA | 0.00 |
| | John and Carolyn Willard | | 0.00 | NA | NA | 0.00 |
| | John and D"Ova Siemers | | 0.00 | NA | NA | 0.00 |
| | John and Eva Wilson | | 0.00 | NA | NA | 0.00 |
| | John and Janelle Cain | | 0.00 | NA | NA | 0.00 |
| | John and Lori Luders | | 0.00 | NA | NA | 0.00 |
| | John and Mary Jo Costello | | 0.00 | NA | NA | 0.00 |
| | John and Mary Richards | | 0.00 | NA | NA | 0.00 |
| | John and Nancy Peterson | | 0.00 | NA | NA | 0.00 |
| | John and Silvana Hale | | 0.00 | NA | NA | 0.00 |
| | Johnathan and Jodi Andersen | | 0.00 | NA | NA | 0.00 |
| | Jonathan and Denise Jackson | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jonathan and Jennifer Springstead | | 0.00 | NA | NA | 0.00 |
| | Joseph Hurst | | 0.00 | NA | NA | 0.00 |
| | Joseph and Kelsi Bedenis | | 0.00 | NA | NA | 0.00 |
| | Joseph and Linda Dunne | | 0.00 | NA | NA | 0.00 |
| | Joseph and Sarah McDonnell | | 0.00 | NA | NA | 0.00 |
| | Judy Christensen | | 0.00 | NA | NA | 0.00 |
| | Julian and Heather Campbell | | 0.00 | NA | NA | 0.00 |
| | Karen Stickney | | 0.00 | NA | NA | 0.00 |
| | Karina Briscoe | | 0.00 | NA | NA | 0.00 |
| | Ken Christoferson | | 0.00 | NA | NA | 0.00 |
| | Ken and Jaci Mohn | | 0.00 | NA | NA | 0.00 |
| | Kennan and Valerie Christenson | | 0.00 | NA | NA | 0.00 |
| | Kenneth and Barbara Paskett | | 0.00 | NA | NA | 0.00 |
| | Kenneth and Betty Christoferson | | 0.00 | NA | NA | 0.00 |
| | Kenneth and Vanessa Spruill | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kerrry Walker and Jodie Phelps | | 0.00 | NA | NA | 0.00 |
| | Kevin Taylor | | 0.00 | NA | NA | 0.00 |
| | Kevin and Penny Clay | | 0.00 | NA | NA | 0.00 |
| | Kim Marie Dore-Hackbarth | | 0.00 | NA | NA | 0.00 |
| | Kirk and Susan Storer | | 0.00 | NA | NA | 0.00 |
| | Kjell and Patricia Schroder | | 0.00 | NA | NA | 0.00 |
| | Kren Marvin | | 0.00 | NA | NA | 0.00 |
| | Lane Oatey and Lian Lu | | 0.00 | NA | NA | 0.00 |
| | Larry and Sandra Smith | | 0.00 | NA | NA | 0.00 |
| | Laura Metcalf | | 0.00 | NA | NA | 0.00 |
| | Lee and Ann Faris | | 0.00 | NA | NA | 0.00 |
| | Lee and Deborah Oatey | | 0.00 | NA | NA | 0.00 |
| | Lee and Marvelyn Cook | | 0.00 | NA | NA | 0.00 |
| | Leith Ledger | | 0.00 | NA | NA | 0.00 |
| | Lester and Mary Domingos | | 0.00 | NA | NA | 0.00 |
| | Liinda Hagland | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linda Lafayette and Michael McFarland | | 0.00 | NA | NA | 0.00 |
| | Lisa and Taber Murphy | | 0.00 | NA | NA | 0.00 |
| | Lori Sorensen | | 0.00 | NA | NA | 0.00 |
| | Louis and Patricia Poulin | | 0.00 | NA | NA | 0.00 |
| | Lynn and Nancy Hurley | | 0.00 | NA | NA | 0.00 |
| | Main Street Electric Inc. | | 0.00 | NA | NA | 0.00 |
| | Marc and Shirley Portsmouth | | 0.00 | NA | NA | 0.00 |
| | Marcy Frian | | 0.00 | NA | NA | 0.00 |
| | Margaret and Barry Yates-Clamo | | 0.00 | NA | NA | 0.00 |
| | Marie Hartung | | 0.00 | NA | NA | 0.00 |
| | Marilyn Hanan-Hoover | | 0.00 | NA | NA | 0.00 |
| | Mark Chapman and Amy Fregia | | 0.00 | NA | NA | 0.00 |
| | Marty and Shannon Huff | | 0.00 | NA | NA | 0.00 |
| | Marvin and Tracy Besch | | 0.00 | NA | NA | 0.00 |
| | Matt and Heather Hayden | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Matthew and Amy Flinn | | 0.00 | NA | NA | 0.00 |
| | Matthew and Diana Rudy | | 0.00 | NA | NA | 0.00 |
| | Maynard and Darleen Atik | | 0.00 | NA | NA | 0.00 |
| | Michael Kerr and Diana L. Clay | | 0.00 | NA | NA | 0.00 |
| | Michael McGrath | | 0.00 | NA | NA | 0.00 |
| | Michael and Bettina Katz | | 0.00 | NA | NA | 0.00 |
| | Michael and Dianne Bjorn | | 0.00 | NA | NA | 0.00 |
| | Michael and Dominique Barnet | | 0.00 | NA | NA | 0.00 |
| | Michael and Joanne Kophs | | 0.00 | NA | NA | 0.00 |
| | Michael and Julie Chamberlin | | 0.00 | NA | NA | 0.00 |
| | Michael and Patricia Beckner | | 0.00 | NA | NA | 0.00 |
| | Michael and Sheelagh Ackley | | 0.00 | NA | NA | 0.00 |
| | Michelle M. Wlash and Amber L. Kampen | | 0.00 | NA | NA | 0.00 |
| | Mike and Colleen Carlson | | 0.00 | NA | NA | 0.00 |
| | Mike and Saundra Blackwell | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mike and Shuree Burns | | 0.00 | NA | NA | 0.00 |
| | Miles and Amber Nichols | | 0.00 | NA | NA | 0.00 |
| | Monte and Patricia Levaque | | 0.00 | NA | NA | 0.00 |
| | Mulvanny Architects | | 0.00 | NA | NA | 0.00 |
| | Nancy Moore | | 0.00 | NA | NA | 0.00 |
| | Natasha Collins | | 0.00 | NA | NA | 0.00 |
| | Nick and Kristin Johanson | | 0.00 | NA | NA | 0.00 |
| | North Tacoma Montessori | | 0.00 | NA | NA | 0.00 |
| | Orville and Patricia Turner | | 0.00 | NA | NA | 0.00 |
| | Pam Morton | | 0.00 | NA | NA | 0.00 |
| | Patricia Harris | | 0.00 | NA | NA | 0.00 |
| | Patrick and Robin Bradley | | 0.00 | NA | NA | 0.00 |
| | Paul Brott | | 0.00 | NA | NA | 0.00 |
| | Paul and Gale Brandstetter | | 0.00 | NA | NA | 0.00 |
| | Paul and Kelly Conley | | 0.00 | NA | NA | 0.00 |
| | Paul and Majorie Boothe | | 0.00 | NA | NA | 0.00 |
| | Paul and Terri Schultz | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peter amd Kimberly Ottele | | 0.00 | NA | NA | 0.00 |
| | Peter and Karen Torelli | | 0.00 | NA | NA | 0.00 |
| | Phil Handford | | 0.00 | NA | NA | 0.00 |
| | Phil and Kim Hanford | | 0.00 | NA | NA | 0.00 |
| | Phillip Hughes | | 0.00 | NA | NA | 0.00 |
| | Phyllis and Larry Walter | | 0.00 | NA | NA | 0.00 |
| | R. Graham and Mary Lou Reedy | | 0.00 | NA | NA | 0.00 |
| | R.J. & Karen Woods | | 0.00 | NA | NA | 0.00 |
| | RC Wright LLC | | 0.00 | NA | NA | 0.00 |
| | Ramona Williamson | | 0.00 | NA | NA | 0.00 |
| | Raymon and Marilee Castro | | 0.00 | NA | NA | 0.00 |
| | Raymond and Cheryl Tanner, Jr. | | 0.00 | NA | NA | 0.00 |
| | Raymond and Elizabeth Baalman | | 0.00 | NA | NA | 0.00 |
| | Raymond and Nikki Tanner III | | 0.00 | NA | NA | 0.00 |
| | Reid Rogers | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Renae Hawkins | | 0.00 | NA | NA | 0.00 |
| | Richard and Ann Myers | | 0.00 | NA | NA | 0.00 |
| | Richard and Anne McGee | | 0.00 | NA | NA | 0.00 |
| | Richard and Carol Culp | | 0.00 | NA | NA | 0.00 |
| | Richard and Clare DeVine | | 0.00 | NA | NA | 0.00 |
| | Richard and Dee Ann Minniti | | 0.00 | NA | NA | 0.00 |
| | Richard and Donna Pfau | | 0.00 | NA | NA | 0.00 |
| | Richard and Joann Bott | | 0.00 | NA | NA | 0.00 |
| | Richard and Linda Stoves | | 0.00 | NA | NA | 0.00 |
| | Richard and Marie Sever | | 0.00 | NA | NA | 0.00 |
| | Richard and Mary Ann Boulanger | | 0.00 | NA | NA | 0.00 |
| | Richard and Mary Shrader | | 0.00 | NA | NA | 0.00 |
| | Richard and Miriam Irwin | | 0.00 | NA | NA | 0.00 |
| | Richard and Sharon Auerbach | | 0.00 | NA | NA | 0.00 |
| | Richard and Wendy Garrett | | 0.00 | NA | NA | 0.00 |
| | Rioger and Andrea Price | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert Molleston | | 0.00 | NA | NA | 0.00 |
| | Robert White | | 0.00 | NA | NA | 0.00 |
| | Robert and Carla Schillereff | | 0.00 | NA | NA | 0.00 |
| | Robert and Frances Storrar | | 0.00 | NA | NA | 0.00 |
| | Robert and Jean Shoemaker | | 0.00 | NA | NA | 0.00 |
| | Robert and Kathryn Holert | | 0.00 | NA | NA | 0.00 |
| | Robert and Kathy McBeth | | 0.00 | NA | NA | 0.00 |
| | Robert and Lissa Knox | | 0.00 | NA | NA | 0.00 |
| | Robert and Nancy Stotko | | 0.00 | NA | NA | 0.00 |
| | Robert and Nina Monaghan | | 0.00 | NA | NA | 0.00 |
| | Robert and Patricia Myers | | 0.00 | NA | NA | 0.00 |
| | Robert and Peggy Fortin | | 0.00 | NA | NA | 0.00 |
| | Rod Drivstuen | | 0.00 | NA | NA | 0.00 |
| | Roger and Kay Fuson | | 0.00 | NA | NA | 0.00 |
| | Roger and Lynette Myers | | 0.00 | NA | NA | 0.00 |
| | Roger and Rochelle Baer | | 0.00 | NA | NA | 0.00 |
| | Roger and Sandra Rylander | | 0.00 | NA | NA | 0.00 |

Case 19-10026-TWD    Doc 118    Filed 11/02/20    Ent. 11/02/20 07:00:31    Pg. 23 of 39

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roland and Kimberly Undi | | 0.00 | NA | NA | 0.00 |
| | Ronald Beck | | 0.00 | NA | NA | 0.00 |
| | Ronald and Renee Brock | | 0.00 | NA | NA | 0.00 |
| | Roy and Lynn Giordano | | 0.00 | NA | NA | 0.00 |
| | Russell and Mary Ann Shawyer | | 0.00 | NA | NA | 0.00 |
| | Ryan Kezele Family Dental | | 0.00 | NA | NA | 0.00 |
| | Ryan and Holly Schlecht | | 0.00 | NA | NA | 0.00 |
| | Ryan and Linette Bixby | | 0.00 | NA | NA | 0.00 |
| | Samuel and Ardis Beard | | 0.00 | NA | NA | 0.00 |
| | Sara and Dustin Haynes | | 0.00 | NA | NA | 0.00 |
| | Scott and Leigh Malavotte | | 0.00 | NA | NA | 0.00 |
| | Scott and Stephanie Kelly | | 0.00 | NA | NA | 0.00 |
| | Sell Timeshare, LLC | | 0.00 | NA | NA | 0.00 |
| | Shane and Stephanie McDonnell | | 0.00 | NA | NA | 0.00 |
| | Shareen Michlitsch | | 0.00 | NA | NA | 0.00 |
| | Sharon Jablinske | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sharon Johnson | | 0.00 | NA | NA | 0.00 |
| | Sharon and Kimberly Claussen | | 0.00 | NA | NA | 0.00 |
| | Shaune and Marlo Walsh | | 0.00 | NA | NA | 0.00 |
| | Sheldon Chappell | | 0.00 | NA | NA | 0.00 |
| | Sid and Mary and Richard Lough | | 0.00 | NA | NA | 0.00 |
| | Stephen Town and Cindy Spain | | 0.00 | NA | NA | 0.00 |
| | Stephen and Ann Pulkkinen | | 0.00 | NA | NA | 0.00 |
| | Stephen and Claudia Weisgerber | | 0.00 | NA | NA | 0.00 |
| | Stephen and Patrice Rossano | | 0.00 | NA | NA | 0.00 |
| | Stephen and Sandra Konkle | | 0.00 | NA | NA | 0.00 |
| | Steve and Darci Boyd | | 0.00 | NA | NA | 0.00 |
| | Steve and Elizabeth Bordner | | 0.00 | NA | NA | 0.00 |
| | Steve and Mardi Knudsen | | 0.00 | NA | NA | 0.00 |
| | Steve and Melissa Pascoe | | 0.00 | NA | NA | 0.00 |
| | Steven and Corina Summers | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steven and Debbie Oglesby | | 0.00 | NA | NA | 0.00 |
| | Steven and Dianne Bratz | | 0.00 | NA | NA | 0.00 |
| | Stewart and Courtney Porter | | 0.00 | NA | NA | 0.00 |
| | Summer Igaz | | 0.00 | NA | NA | 0.00 |
| | Susan Shay | | 0.00 | NA | NA | 0.00 |
| | Susan and Kathy McDermott | | 0.00 | NA | NA | 0.00 |
| | TS Solutions | | 0.00 | NA | NA | 0.00 |
| | Ted and Joanne Otness | | 0.00 | NA | NA | 0.00 |
| | Terrence and Karen Knutzen | | 0.00 | NA | NA | 0.00 |
| | Terry McFadden | | 0.00 | NA | NA | 0.00 |
| | Terry and Patrcia Bolinger | | 0.00 | NA | NA | 0.00 |
| | Thomas Champoux | | 0.00 | NA | NA | 0.00 |
| | Thomas and Barbara Kearns | | 0.00 | NA | NA | 0.00 |
| | Thomas and Barbara Wilson | | 0.00 | NA | NA | 0.00 |
| | Thomas and Jennifer Lehr | | 0.00 | NA | NA | 0.00 |
| | Thomas and Joanne Stoves | | 0.00 | NA | NA | 0.00 |
| | Thomas and Susan Ralls | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tim Carson | | 0.00 | NA | NA | 0.00 |
| | Tim Martinez | | 0.00 | NA | NA | 0.00 |
| | Timothy and Karen Hansen | | 0.00 | NA | NA | 0.00 |
| | Todd and Lorie Ames | | 0.00 | NA | NA | 0.00 |
| | Tom and Caroline Richards | | 0.00 | NA | NA | 0.00 |
| | Tomi McVay | | 0.00 | NA | NA | 0.00 |
| | Toni Stockton | | 0.00 | NA | NA | 0.00 |
| | Travis and Amy Leland | | 0.00 | NA | NA | 0.00 |
| | Travis and Jennifer Heidel | | 0.00 | NA | NA | 0.00 |
| | Trudy Taylor | | 0.00 | NA | NA | 0.00 |
| | Val & Marilyn Moczulewski | | 0.00 | NA | NA | 0.00 |
| | Valerie Coplen | | 0.00 | NA | NA | 0.00 |
| | Victor Wilson | | 0.00 | NA | NA | 0.00 |
| | Virgil and Sharon Griepp | | 0.00 | NA | NA | 0.00 |
| | Walter and Marilyn Gearhart | | 0.00 | NA | NA | 0.00 |
| | Warren Lumsden | | 0.00 | NA | NA | 0.00 |
| | Wave Broad Band | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wayne Nelson | | 0.00 | NA | NA | 0.00 |
| | Wayne and Bridgette Perrigoue | | 0.00 | NA | NA | 0.00 |
| | Wayne and Diane Tesch | | 0.00 | NA | NA | 0.00 |
| | Wesley and Breanne To | | 0.00 | NA | NA | 0.00 |
| | William Hegger | | 0.00 | NA | NA | 0.00 |
| | William R. IV and Tamara Martin | | 0.00 | NA | NA | 0.00 |
| | William and Christine Ditty | | 0.00 | NA | NA | 0.00 |
| | William and Patricia Bond | | 0.00 | NA | NA | 0.00 |
| | William and Shirley Seal | | 0.00 | NA | NA | 0.00 |
| | William and Suzanne Lindberg | | 0.00 | NA | NA | 0.00 |
| | Wshington State Department of Revenue | | 0.00 | NA | NA | 0.00 |
| 28B | HEGGER FAMILY TRUST | 5300-000 | NA | 7,150.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 7,150.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 45 | 14136 126TH AVENUE NE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 12 | 1720 142ND PL SE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 10 | 2612 BRIDGEVIEW DR | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 17 | 2620 LOUISE ST. W | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 23 | 3003 146TH PLACE SE | 7100-000 | NA | 1,500.00 | 0.00 | 0.00 |
| 6 | 5314 EAST BLAISDELL RD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 21 | 8809 GRANDVIEW DR | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 44 | AMY L KURTENBACH | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 39 | BARBARA KRAUSE & GREGORY LINSCOTT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 38 | BETTY CARLTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | BRANDI HEINEMEYER | 7100-000 | NA | 5,000.00 | 0.00 | 0.00 |
| 1 | CARL ISON | 7100-000 | NA | 3,500.00 | 0.00 | 0.00 |
| 34 | CARROLL & JUDY LIVINGSTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 35 | CARROLL & JUDY LIVINGSTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 57 | CHARLES & GLORIA WEEDIN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 50 | CHRISTOPHER M AND ANDREA M HUSS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 27 | DAN LOWRY AND COLLEEN LEDREW | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | DANIEL A WOLFROM | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 19 | DAVID AND MARILYN HAMBELTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 54 | DEBBIE OGLESBY | 7100-000 | NA | 8,400.00 | 0.00 | 0.00 |
| 43 | DOUGLAS & LINDA NELSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 22 | ELLEN BIERMAN | 7100-000 | NA | 631.47 | 0.00 | 0.00 |
| 75 | ERIK & DAWN REITAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 31 | FELICE DOMINGUEZ & MARK MEISNER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 33 | GARY & NANCY YORKE | 7100-000 | NA | 7,000.00 | 0.00 | 0.00 |
| 2 | GERHARD AND TERRI BACKHAUS | 7100-000 | NA | 8,500.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 42 | GLEN & KATHRYN MAHAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 26 | HAROLD & MARY PAT REEVES | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 24 | J. SCOTT & DIANA JESSEN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 37 | JAMES & NANCY FLADER | 7100-000 | NA | 5,000.00 | 0.00 | 0.00 |
| 73 | JAMES MONAHAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 29 | JAMES RAWLEY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 40 | JENNY AND TONY RODRIQUEZ | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 11 | JOHN P KELLY AND DICKIE L FOX-KELLY | 7100-000 | NA | 11,000.00 | 0.00 | 0.00 |
| 16 | JUDITH E WIDEN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 18 | JUDITH MOHR | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 30 | KARL HENDERSON | 7100-000 | NA | 5,000.00 | 0.00 | 0.00 |
| 3 | LAKE CHELAN RECLAMATION DISTRICT | 7100-000 | NA | 10,391.70 | 0.00 | 0.00 |
| 61 | LARRY AND JANICE ZIELS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 70 | LAURA PORTER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 62 | LODGE CONDOMINIUM ASSOCIATION | 7100-000 | NA | 18,306.96 | 0.00 | 0.00 |
| 69 | MARILEE CASTRO | 7100-000 | NA | 10,000.00 | 0.00 | 0.00 |
| 41 | MARVIN & ANDREA PINA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 71 | MARY PARKER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 77 | MATTHEW MICHAEL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 15 | MEGAN WYLIE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 13 | MICHAEL A KOPHS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 58 | MICHAEL BROWN & ELYCE NEWTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 59 | MICHAEL BROWN & ELYCE NEWTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 47 | MICHAEL HOMER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 52 | MICHAEL HUGHES | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 60 | PAAL RYAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | PATRICK & GAYLE JOHNSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 68 | PATRICK & JEANETTE FINNEY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 66 | PATRICK AND JULIE HARRISON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 72 | PAUL J & CATHLEEN MONAHAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 48 | RICHARD W BOWNE | 7100-000 | NA | 6,000.00 | 0.00 | 0.00 |
| 49 | RICHARD W BOWNE | 7100-000 | NA | 6,000.00 | 0.00 | 0.00 |
| 76 | ROBERT & DORAVIN WILSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 74 | ROBERT & NANCY STOTKO | 7100-000 | NA | 12,200.00 | 0.00 | 0.00 |
| 55 | ROBIN & SHARON CUSHING | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | RON AND SHARON NICCOLI | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 51 | ROSALIE STEVENSON | 7100-000 | NA | 10,000.00 | 0.00 | 0.00 |
| 20 | ROSANN M. RICCABONA-IYER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 36 | RUSS AND SUZAN WATANABE, A MARRIED | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | SCOTT AND DAWN LIVINGSTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 46 | SHARON ARNESON & VICTOR NELSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 56 | SILVAN & PEGGY STRANDWOLD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 14 | STAN MAGEE | 7100-000 | NA | 8,700.00 | 0.00 | 0.00 |
| 8 | TODD & GERALY BERTELLOTTI | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 32 | VICTORIA DEVINE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 65 | WAPATO POINT COMMUNITY ASSOCIATION | 7100-000 | NA | 135,247.96 | 135,247.96 | 56,671.70 |
| 64 | WAPATO POINT MANAGEMENT COMPANY | 7100-000 | NA | 27,381.66 | 27,381.66 | 11,473.48 |
| 53 | WILLIAM SHARKEY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 63 | WRIGHT-WAPATO, INC. | 7100-000 | NA | 252,892.28 | 252,892.28 | 105,967.11 |
| 67 | YACINDE CONDOMINIUM ASSOCIATION | 7100-000 | NA | 17,037.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 569,689.03 | $ 415,521.90 | $ 174,112.29 |

Case No: 19-10026 TWD Judge: Timothy W. Dore
Case Name: EL-LO-WEE CONDOMINIUM ASSOCIATION

For Period Ending: 10/07/20

Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Date Filed (f) or Converted (c): 01/07/19 (f)
341(a) Meeting Date: 02/07/19
Claims Bar Date: 04/30/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings acct - US Bank<br>Turnover of funds by debtor | 140,248.40 | 140,248.40 | | 140,248.40 | FA |
| 2. Checking acct - US Bank<br>Turnover of funds by debtor | 34,129.46 | 24,469.62 | | 24,469.62 | FA |
| 3. Deposit - Retainer paid to Condominium Law<br>Turnover of funds from debtor's counsel | 20,810.00 | 23,175.00 | | 23,175.00 | FA |
| 4. Accounts receivable (over 90 days)<br>Disputed sum; offset by Wapato claims or may not be asset of debtor | 100,326.94 | 100,326.94 | | 0.00 | FA |
| 5. Office Furniture<br>Furniture is not office furniture, but household furniture used by association members; dining room and patio furniture listed on attachment to schedule #39B; trustee's investigation found there were also small appliances and other miscellaneous furniture not listed on the schedules and exhibit attachment to schedules (see asset no. 6); trustee's value based on auctioneer preliminary valuation for both assets nos. 5 and 6; sale approved per 1/6/20 court order; sale was a bulk sale and did not allocate values between assets nos. 5 and 6 | 45,000.00 | 23,500.00 | | 17,000.00 | FA |
| 6. Small Appliances and Misc. Items (u)<br>Schedules incomplete on debtor's personal property; asset determined after trustee's investigation; asset value is placeholder value only; liquidation of asset included in valuation for asset no. 5; sale approved per 1/6/20 court order; sale value included in asset no. 5, | 0.00 | 1.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 35)

Ver: 22.02f

Case No:        19-10026      TWD     Judge: Timothy W. Dore

Case Name:    EL-LO-WEE CONDOMINIUM ASSOCIATION

Trustee Name:                    Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c):    01/07/19 (f)

341(a) Meeting Date:              02/07/19

Claims Bar Date:                   04/30/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $340,514.80          $311,720.96                    $204,893.02          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/01/21        Current Projected Date of Final Report (TFR): 02/01/21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        19-10026  -TWD
Case Name:    EL-LO-WEE CONDOMINIUM ASSOCIATION

Trustee Name:            Ronald G. Brown - Chapter 7 Trustee
Bank Name:                UNION BANK
Account Number / CD #:    *******5347  Checking Account

Taxpayer ID No: *******9481
For Period Ending: 10/07/20

Blanket Bond (per case limit):  $ 55,683,398.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/19 | 1 | U.S. BANK | Bank Account | 1129-000 | 140,248.40 | | 140,248.40 |
| 01/11/19 | 2 | U.S. BANK | Bank Account | 1129-000 | 24,469.62 | | 164,718.02 |
| 01/29/19 | 3 | CONDOMINIUM LAW GROUP, PLLC | Retainer Funds | 1129-000 | 23,175.00 | | 187,893.02 |
| | | 10310 Aurora Avenue North | | | | | |
| | | Seattle, WA 98133 | | | | | |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 144.37 | 187,748.65 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 252.21 | 187,496.44 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 278.97 | 187,217.47 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 269.61 | 186,947.86 |
| 06/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 278.21 | 186,669.65 |
| 09/12/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 186,669.65 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 187,893.02 | 187,893.02 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 186,669.65 | |
| Subtotal | 187,893.02 | 1,223.37 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 187,893.02 | 1,223.37 | |

Page Subtotals          187,893.02          187,893.02

Ver: 22.02f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 37)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 19-10026 -TWD | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | EL-LO-WEE CONDOMINIUM ASSOCIATION | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0231 Checking Account |
| Taxpayer ID No: | *******9481 | | | |
| For Period Ending: | 10/07/20 | | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 186,669.65 | | 186,669.65 |
| 01/15/20 | 5 | WRIGHT-WAPATO, INC. | Sale Proceeds | 1129-000 | 17,000.00 | | 203,669.65 |
| 08/18/20 | 020001 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Compensation/Fees | 2100-000 | | 13,494.65 | 190,175.00 |
| 08/18/20 | 020002 | Ronald G. Brown<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104 | Chapter 7 Expenses | 2200-000 | | 852.99 | 189,322.01 |
| * 08/18/20 | 020003 | BUSH STROUT & KORNFELD | Attorney Fees | 3210-000 | | 14,062.03 | 175,259.98 |
| * 08/18/20 | 020004 | BUSH STROUT & KORNFELD | Attorney Expenses | 3220-000 | | 156.03 | 175,103.95 |
| 08/18/20 | 020005 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant for Trustee Fees (Other | 3410-000 | | 970.00 | 174,133.95 |
| 08/18/20 | 020006 | Bruce Devereaux CPA, P.S.<br>6044 Palatine Avenue North<br>Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 21.66 | 174,112.29 |
| 08/18/20 | 020007 | Wright-Wapato, Inc. | Claim 63, Payment 241.90207%<br>General Unsecured Claim | 7100-000 | | 105,967.11 | 68,145.18 |
| 08/18/20 | 020008 | Wapato Point Management Company | Claim 64, Payment 241.90206%<br>General Unsecured Claim | 7100-000 | | 11,473.48 | 56,671.70 |
| 08/18/20 | 020009 | Wapato Point Community Association | Claim 65, Payment 241.90207%<br>General Unsecured Claim | 7100-000 | | 56,671.70 | 0.00 |
| * 08/24/20 | 020003 | BUSH STROUT & KORNFELD | Attorney Fees<br>Correct Payee | 3210-000 | | -14,062.03 | 14,062.03 |
| * 08/24/20 | 020004 | BUSH STROUT & KORNFELD | Attorney Expenses<br>Correct Payee | 3220-000 | | -156.03 | 14,218.06 |
| * 08/24/20 | 020010 | BUSH KORNFELD LLP<br>610 Union Street, Suite 5000 | Attorney Fees | 3210-000 | | 14,602.00 | -383.94 |

| | | | | Page Subtotals | 203,669.65 | 204,053.59 | |

LFORM24

Ver: 22.02f

Case No: 19-10026 -TWD
Case Name: EL-LO-WEE CONDOMINIUM ASSOCIATION

Taxpayer ID No: *******9481
For Period Ending: 10/07/20

Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Bank Name: Axos Bank
Account Number / CD #: *******0231 Checking Account

Blanket Bond (per case limit): $ 55,683,398.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Seattle, WA 98101-2373 | | | | | |
| | 08/24/20 | 020011 | BUSH KORNFELD LLP | Attorney Expenses | 3220-000 | | 156.03 | -539.97 |
| | | | 610 Union Street, Suite 5000 | | | | | |
| | | | Seattle, WA 98101-2373 | | | | | |
| * | 08/31/20 | 020010 | BUSH KORNFELD LLP | Stop Payment Reversal | 3210-000 | | -14,602.00 | 14,062.03 |
| | | | 610 Union Street, Suite 5000 | STOP PAYMENT | | | | |
| | | | Seattle, WA 98101-2373 | | | | | |
| | 09/01/20 | 020012 | BUSH KORNFELD LLP | Attorney Fees | 3210-000 | | 14,062.03 | 0.00 |
| | | | 610 Union Street, Suite 5000 | Replacement check; prior check stop payment | | | | |
| | | | Seattle, WA 98101-2373 | becuase of data entry error | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 203,669.65 | 203,669.65 | 0.00 |
| Less: Bank Transfers/CD's | 186,669.65 | 0.00 | |
| Subtotal | 17,000.00 | 203,669.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 17,000.00 | 203,669.65 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5347 | 187,893.02 | 1,223.37 | 0.00 |
| Checking Account - *******0231 | 17,000.00 | 203,669.65 | 0.00 |
| | 204,893.02 | 204,893.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 0.00 — -383.94

Ver: 22.02f